UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | CR 22-50019 |
|---|---|
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Distribution of Controlled Substance (21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C), and 18 U.S.C. § 2) |
| THOMAS BEETEM and JORDAN DOLNEY, | |
| Defendants. | |

The Grand Jury charges:

On or about September 6, 2021, in and near Rapid City, in the District of South Dakota, the defendants, Thomas Beetem and Jordan Dolney, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, the use of which resulted in death and serious bodily injury to Brian Branson, and did aid and abet each other in doing so, all in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

A TRUE BILL

**NAME REDACTED**

Foreperson

DENNIS R. HOLMES
United States Attorney

By _____