UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | CR 22-50019-02 |
|---|---|
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| JORDAN DOLNEY, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On or about September 6, 2021, Jordan Dolney, the defendant, assisted her boyfriend, Thomas Beetem, with obtaining a substance containing a mixture of heroin and fentanyl from Matthew Pepin. The defendant then assisted in coordinating the distribution and transfer of that substance to Brian Branson in Rapid City, SD, knowing Branson intended to ingest the substance. The defendant knew she was providing an illegal substance. Heroin is a Schedule I controlled substance. Fentanyl is a Schedule II controlled substance.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional

information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

September 19, 2022
Date

*Kathryn N. Rich*
Kathryn N. Rich
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
Facsimile: (605)342-1108
E-Mail: Kathryn.Rich@usdoj.gov

9/12/22
Date

Jordan Dolney
Defendant

9/14/2022
Date

John Fitzgerald
Attorney for Defendant