# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN DOLNEY,<br><br>Defendant. | 5:22-CR-50019-JLV-02<br><br>REPORT AND RECOMMENDATION |

This matter came before the court for a change of plea hearing on October 7, 2022. The Defendant, Jordan Dolney, appeared in person and by her counsel, John Fitzgerald, while the United States appeared by its Assistant United States Attorney.

The defendant consented in open court to the change of plea before a United States magistrate judge. This court finds that the defendant's consent was voluntary and upon the advice of counsel. The government also consented to the plea hearing before a magistrate judge. Further, the parties waived their right to object to the report and recommendation.

Defendant has reached a plea agreement wherein she intends to plead guilty to the Superseding Information which charges her with Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 2. At the hearing, the defendant was advised of the nature of the charges to which

the defendant would plead guilty and the maximum penalties applicable, specifically: twenty (20) years in prison; a $1,000,000 fine; or both; a minimum of three (3) years up to lifetime supervised release; two (2) additional years' imprisonment if supervised release is revoked; a $100 special assessment; and restitution.

Upon questioning the defendant personally in open court, it is the finding of the court that the defendant is fully competent and capable of entering an informed plea, that the defendant is aware of the nature of the charges and the consequences of the plea, and that her plea of guilty to the Superseding Information is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. The defendant's guilty plea to the Superseding Information is accepted. It is my report and recommendation that the defendant be adjudged guilty of that offense.

DATED this 7th day of October, 2022.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge