# UNITED STATES DISTRICT COURT
## District of South Dakota
## Western Division

United States of America,

                            Plaintiff

vs.

Jordan Dolney,

                            Defendant

**REQUEST FOR TERMINATION OF SUPERVISED RELEASE**

CR #: 5:22CR50019-002

     On 11/20/2023, the above-named commenced supervised release for a period of 3 years. Jordan Dolney is no longer in need of supervision in this case. It is accordingly recommended that she be discharged from supervised release.

Respectfully submitted,

Ryan Akers                 11/22/2024
U.S. Probation/Pretrial Services Officer
U.S. Probation & Pretrial Services Office
Andrew W Bogue U.S. Courthouse
515 Ninth Street, Ste 203
Rapid City, SD 57701
(605)399-5943
Ryan_Akers@sdp.uscourts.gov